## STATE OF CONNECTICUT *v.* TIFFANY BROWN

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 418 (AC 28924), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Heather M. Wood*, deputy assistant public defender, in support of the petition.

*Susann E. Gill*, supervisory assistant state's attorney, in opposition.

Decided February 4, 2010

## STATE OF CONNECTICUT *v.* VICTOR L. JORDAN

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 628 (AC 29163), is granted, limited to the following issues:

"Did the Appellate Court properly determine that (1) the trial court properly denied the defendant's motion to dismiss counsel, and (2) the trial court did not improperly restrict cross-examination of a state's witness by the defendant?"

The Supreme Court docket number is SC 18542.

*Pamela S. Nagy*, special public defender, in support of the petition.

*C. Robert Satti, Jr.*, supervisory assistant state's attorney, in opposition.

Decided February 4, 2010